ARTHUR O. LIPINSKI, as Executor of RANDOLPH HOFFECKER, Deceased, Respondent, v. FLORENCE HOFFECKER, Also Known as FLORENCE BAILEY, et al., Appellants.—

No opinion. The examination of the defendants shall proceed on 10 days' written notice by the plaintiff, or on any other date mutually fixed by the parties. Plaintiff's time to serve the complaint is extended until 30 days after he shall have concluded such examination and the defendants shall have delivered to him their respective depositions duly signed and executed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

EMMA M. MIDDLETON et al., Respondents, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.—

In our opinion the verdict for plaintiff wife, as rendered, was excessive. Judgment, insofar as it is in favor of plaintiff husband, affirmed, with costs. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

MINNIE NOVINS, Appellant, v. JOSEPH SKLAR et al., Respondents.—

As disclosed by the record, the trial of this closely contested action was conducted in an atmosphere of bickering and exchanges of bitterness and prejudicial statements between counsel which prevented a dispassionate consideration of the case by the jury (cf. Zaulich v. Thompkins Sq. Co., 10 A D 2d 492, 497–498; Cohon & Co. v. Pennsylvania Coal & Coke Corp., 10 A D 2d 667; Browne v. Adams, 12 A D 2d 661; Kohlman v. City of New York, 8 A D 2d 598). In addition, the trial court's charge to the jury, as a whole, was highly prejudicial to the plaintiff. In the interests of justice a new trial is required. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.